UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edgar Pedro Pablo Aguilon
    Petitioner

V.

CIVIL ACTION

NO.  1:26-cv-10262-ADB

David Wesling et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Electronic Order dated February 13, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.

By the Court,

February 13, 2026        /s/Caetlin McManus
    Date            Deputy Clerk